IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE SHADUR**

**08CR 373**

UNITED STATES OF AMERICA )
) No.
vs. )
) Violations: Title 18, United States Code,
KATHERINE McCANN ) Sections 1028(a)(1), 1028(a)(2) and 2.

**MAGISTRATE JUDGE COX**

## COUNT ONE

**FILED**

MAY X 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The SPECIAL JUNE 2007 GRAND JURY charges:

1.　At all times material to this indictment:

　　a.　Defendant KATHERINE McCANN was employed by the Illinois Secretary of State's Office ("SOS").

　　b.　As part of her duties as an SOS employee, McCANN was authorized to produce and issue Illinois state identification cards.

　　c.　Individuals applying for Illinois state identification cards were required to show forms of identification in order to establish that they were in fact the individual whose name and identifiers would appear on the identification card.

2.　On or about December 3, 2007, at Bridgeview, in the Northern District of Illinois, Eastern Division,

KATHERINE McCANN,

defendant herein, knowingly and without lawful authority produced, and caused to be produced, in and affecting commerce, a false identification document, namely, an Illinois State Identification Card in the name of Individual A, but which contained a photograph of a person that defendant knew was not Individual A;

In violation of Title 18, United States Code, Section 1028(a)(1).

## COUNTS TWO THROUGH TEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegations contained in paragraph one of Count One of this indictment are re-alleged as though fully set forth herein.

2. On or about the dates set forth below, at Bridgeview, in the Northern District of Illinois, Eastern Division,

KATHERINE McCANN,

defendant herein, knowingly and without lawful authority produced, and caused to be produced, in and affecting commerce, false identification documents, namely, Illinois State Identification Cards in the names of Individuals identified below but which contained photographs of persons that defendant knew were not the Individuals named on the Identification cards, each identification card produced in this manner on the dates set forth below constituting a separate offense:

| Count | Date | Individual |
|---|---|---|
| Two | December 13, 2007 | B |
| Three | December 26, 2007 | C |
| Four | December 28, 2007 | D |
| Five | January 4, 2008 | E |
| Six | January 10, 2008 | F |
| Seven | January 11, 2008 | G |
| Eight | February 8, 2008 | H |
| Nine | February 29, 2008 | I |
| Ten | February 29, 2008 | J |

All in violation of Title 18, United States Code, Section 1028(a)(1).

## COUNTS ELEVEN THROUGH TWENTY

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegations contained in paragraph one of Count One of this Indictment are re-alleged as if fully set forth herein.

2. On or about the dates set forth below, at Bridgeview, in the Northern District of Illinois, Eastern Division,

### KATHERINE McCANN,

defendant herein, knowingly and without lawful authority transferred, and caused to be transferred, in and affecting interstate commerce, false identification documents, knowing that such documents were produced without lawful authority, namely, Illinois State Identification Cards in the names of the Individuals identified below but which contained photographs of persons that defendant knew were not the Individuals named on the Identification cards, each identification card transferred in this manner on the dates set forth below constituting a separate offense:

| Count | Date | Individual |
| --- | --- | --- |
| Eleven | December 3, 2007 | A |
| Twelve | December 13, 2007 | B |
| Thirteen | December 26, 2007 | C |
| Fourteen | December 28, 2007 | D |
| Fifteen | January 4, 2008 | E |
| Sixteen | January 10, 2008 | F |
| Seventeen | January 11, 2008 | G |
| Eighteen | February 8, 2008 | H |
| Nineteen | February 29, 2008 | I |

| Twenty | February 29, 2008 | J |

All in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY