# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 373 | **DATE** | 5/16/2008 |
| **CASE TITLE** | USA vs. Katherine McCann | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all charges. LR 16.1 is to be completed by May 23, 2008. Defense motions are due June 9, 2008. Government's response is due June 20, 2008. A status hearing is set for June 30, 2008 at 1:15 p.m. Bond set at $4,500 Own Recognizance. This Court finds that the time beginning today through June 30 is excludable under 18:3161(h)(1) and the Tibboel case. (XE)

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SN |
|---|---|---|

Case 1:08-cr-00373     Document 6     Filed 05/16/2008     Page 1 of 1

08C373 USA vs. Katherine McCann     Page 1 of 1