Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 373 | **DATE** | 7/24/2008 |
| **CASE TITLE** | USA vs. Katherine McCann | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to August 15, 2008 at 1:15 p.m. Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|