UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                                  Case No.: 1:08−cr−00373
                                                  Honorable Milton I. Shadur

Katherine McCann
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 8/15/2008, Change of Plea Hearing set for 9/17/2008 at 01:15 PM. Time is excluded from August 6 through September 17 under 18:3161(h)(1(I) of the Speedy Trial Act. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.